No. 98–2001. ASSA'AD-FALTAS v. UNIVERSITY OF SOUTH CAROLINA ET AL.; and ASSA'AD-FALTAS v. ATTORNEY GENERAL OF

VIRGINIA ET AL. C. A. 4th Cir. Motion of petitioner to consolidate this case with No. 98-1189, *Board of Regents of the University of Wisconsin System* v. *Southworth et al.* [certiorari granted, 526 U. S. 1038], denied. Motion of petitioner to strike the brief in opposition and other relief denied. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of these motions and this petition. Reported below: 165 F. 3d 910 (first judgment); 164 F. 3d 623 (second judgment).